TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00416-CR

Christopher Anthony Moya, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT

NO. 94-420-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

PER CURIAMChristopher Anthony Moya perfected an appeal from an order revoking community
supervision. The clerk's fee has not been paid and the clerk's record has not been filed. See Tex.
R. App. P. 35.3(a). The Court notified appellant and his retained attorney that the appeal would
be dismissed if the clerk's record was not paid for by July 24, 2000. The only response received
as counsel's motion to withdraw.

The motion to withdraw is dismissed. The appeal is dismissed for want of
prosecution. See Tex. R. App. P. 37.3(b).

Before Justices Jones, Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: August 10, 2000

Do Not Publish